Conrad V. Sison (State Bar No. 217197)
csison@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:  213-485-1500
Facsimile:   213-485-1200

Stephanie A. Chambers-Wraight (State Bar No. 261025)
swraight@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, California  94104
Telephone:  415-318-8810
Fax:  415-676-5816

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE
HOLDERS OF THE ADJUSTABLE RATE MORTGAGE TRUST 2007-1,
ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH
CERTIFICATES, SERIES 2007-1 and SELECT PORTFOLIO SERVICING, INC.

CLOSED  8-18-14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT GRADY, an individual, VIVEKA GRADY, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ADJUSTABLE RATE MORTGAGE TRUST 2007-1, ADJUSTABLE RATE MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-1; | CASE NO. 2:14-cv-05160-R-RZ <br><br> **JUDGMENT OF DISMISSAL** |

1

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071

QUALITY LOAN SERVICE CORP.; )
SELECT PORTFOLIO SERVICING, INC., )
and DOES 1 – 20, Inclusive, )                    Complaint Filed:  September 27, 2013
)
Defendants. )

On August 18, 2014, this Court granted defendants U.S. Bank National Association, as Trustee, on behalf of the Holders of the Adjustable Rate Mortgage Trust 2007-1, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-1 and Select Portfolio Servicing, Inc.'s (collectively, "Defendants") Motion to Dismiss the Complaint of plaintiffs Scott Grady and Viveka Grady (collectively, "Plaintiffs") without leave to amend.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice as to Defendants.  It is further ordered that judgment is entered in favor of  Defendants and against Plaintiffs as to each and every cause of action in this action, and that Plaintiffs take nothing by way of their claims against Defendants.

IT IS SO ORDERED.

Dated: August 25, 2014                    _____

Hon. Manuel L. Real

Locke Lord LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071

2

[PROPOSED] JUDGMENT OF DISMISSAL